IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RAYMOND BROWN,               )
                                         )
        Petitioner,            )
                                          )
      v.                            )             CIVIL ACTION NO.2:01cv1151-F
                                          )
MICHAEL HALEY, *et. al.*,      )
                                          )
        Respondents.        )

### O R D E R

Upon consideration of the Respondent's Motion Requesting District Court to Rule on Stage 1 Proceedings (Doc. # 28) and for good cause, it is hereby **ORDERED** that this motion is **GRANTED**.

In order to speed the resolution of this matter, it is further **ORDERED** that the parties shall file briefs on the merits of ALL claims to which there is no agreement that the claim is procedurally defaulted or otherwise precluded from a review on the merits. Accordingly, Petitioner shall file a brief on the merits on or before September 15, 2005, Respondent shall file a responsive brief on the merits on or before October 13, 2005, and Petitioner shall file a reply brief on the merits on or before October 27, 2005.

The Parties are **ADVISED** that after the briefs on the merits are filed, the court will resolve ALL of the issues in this case as quickly and efficiently as its calendar will allow.

DONE this 18th day of August, 2005.

                                         /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE